JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

YAN ROGER LI,

Plaintiff,

v.

TRANS UNION LLC, and DOES 1 through 10, Inclusive,

Defendants.

Case No. 8:24-cv-02297-FWS-JDE

**JUDGMENT**

///

///

///

Pursuant to Plaintiff Yan Roger Li's Notice of Acceptance of Defendant Trans Union LLC's Rule 68 Offer of Judgment, dated August 5, 2026, as filed with the court, (Dkt. 46 (Notice of Acceptance); *id.* Ex. A (Rule 68 Offer)), the court hereby **ENTERS JUDGMENT** in favor of Plaintiff and against Defendant in the amount of **$20,000** for Plaintiff's damages, exclusive of Plaintiff's costs and attorneys' fees.

**IT IS SO ORDERED**.

Dated: August 6, 2026

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE